UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| RAMIRO FIGUEROA; and BERTHA FIGUEROA,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.<br><br>Defendants. | CASE NO: 2:15-cv-06381- ODW (RAOx)<br>*Assigned to Hon. Otis D. Wright II*<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41 (a)(1)(A)(ii)]<br><br>State Complaint filed: April 7, 2015<br>Removed to USDC: August 20, 2015 |

Pursuant to the stipulation by and between Plaintiffs Ramiro Figueroa and Bertha Figueroa and Defendants General Electric Company, The Home Depot, Inc. and Home Depot, U.S.A., Inc., through their respective attorneys of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: June 22, 2016    _____
                                      Hon. Otis D. Wright II
                                      United States Judge

1

**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

# FEDERAL COURT PROOF OF SERVICE

*Ramiro Figueroa, et al. v. General Electric Company, et al.*
Case No. 2:15-cv-06381-ODW(RAOx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 21, 2016, I served the following document(s):  **[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Mark S. Algorri, Esq.<br>Carolyn L. Tan, Esq.<br>DeWITT ALGORRI & ALGORRI<br>25 East Union Street<br>Pasadena, CA 91103 | (626) 568-4000<br>*Fax: (626) 584-3980*<br>*mark@daalaw.com*<br>*Carolyn@daalaw.com*<br>**Attorneys for Plaintiffs** |
| Gregory F. Johnsen, Esq.<br>LAW OFFICES OF GREGORY F. JOHNSEN<br>15335 Morrison St., Ste. 100<br>Sherman Oaks, CA 91403 | gjohnsen-law@earthlink.net<br>**Attorneys for Intervener**<br>State Farm Fire and Casualty Company |

The documents were served by the following means:

**[x]**   **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 21, 2016, at Los Angeles, California.

Nancy L. Alfaro

2
**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**